ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Wilson & Hayes, Inc. | ) ASBCA No. 63105-ADR |
| | ) |
| Under Contract No. N00406-17-P-3183 | ) |

APPEARANCE FOR THE APPELLANT:    Steven D. Meacham, Esq.
    Peel Brimley LLP
    Henderson, NV

APPEARANCES FOR THE GOVERNMENT:    Craig D. Jensen, Esq.
    Navy Chief Trial Attorney
    Trevor Davies, Esq.
    Trial Attorney
    Naval Supply Systems Command
    Bremerton, WA

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: August 22, 2022

LAURA EYESTER
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63105-ADR, Appeal of Wilson & Hayes, Inc., rendered in conformance with the Board's Charter.

Dated: August 23, 2022

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals